## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYDEX TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br> v.<br><br>INSULET CORPORATION,<br><br>    Defendant. | Civil Action No. 13-cv-00669-RGA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Rydex Technologies LLC ("Rydex") hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant Insulet Corporation ("Insulet") has not yet answered the Complaint.  Accordingly, Rydex voluntarily dismisses Insulet with prejudice pursuant to Rule 41(a)(1), with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  December 10, 2013   STAMOULIS & WEINBLATT LLC

               */s/ Stamatios Stamoulis*
               Stamatios Stamoulis #4606
                  stamoulis@swdelaw.com
               Richard C. Weinblatt #5080
                  weinblatt@swdelaw.com
               Two Fox Point Centre
               6 Denny Road, Suite 307
               Wilmington, DE 19809
               Telephone: (302) 999-1540

               *Attorneys for Plaintiff*
               *Rydex Technologies LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 10, 2013, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                                */s/ Stamatios Stamoulis*
                                                Stamatios Stamoulis